Diane C. Weil (State Bar No. 102922)
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Telephone: (818) 788-8079
Facsimile: (818) 788-8097
E-mail: dcw@dcweillaw.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No. 1:09-bk-26882-GM |
| JEFFREY S. PINK, | Chapter 7 |
| | **NOTIFICATION OF ASSET CASE** |
| | *(NO BAR DATE FOR CLAIMS IS REQUIRED AT THIS TIME)* |
| Debtor(s). | {No Hearing Required} |

**TO KATHLEEN CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

PLEASE TAKE NOTICE that Diane C. Weil, the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that the 341(a) Meeting of Creditors is concluded and that the Trustee is investigating potential assets which may be administered in this case. The Trustee has not determined whether there will be sufficient funds to make dividend payments to the creditors at this time; therefore, no claims bar date should be fixed in this case, until further notice by the trustee.

Dated: November 3, 2010

_____
DIANE C. WEIL
Chapter 7 Trustee